# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BUTTNER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL NINOS,<br><br>    Defendant. | Case No. 1:22-cv-00244-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT RESPOND TO COMPLAINT<br><br>ORDER SETTING SCHEDULING CONFERENCE<br><br>(ECF No. 7) |

On March 25, 2022, the parties filed a stipulation to extend the time for Defendants to file a responsive pleading. (ECF No. 7.) The parties seek to extend the deadline for Defendants to respond to the complaint twenty-eight days to April 25, 2022. (Id.) This is the parties' first stipulated extension. (Id.) Pursuant to Local Rule 144(a), an initial stipulation extending time for no more than twenty-eight days to respond to a complaint may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. However, given the vacating of the prior scheduling conference date due to the recusal of Judge McAuliffe (see ECF No. 4), the Court shall set also set this matter for a scheduling conference hearing.

///

///

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant shall file a pleading responsive to the complaint on or before **April 25, 2022**;

2. The mandatory initial scheduling conference is SET for **June 7, 2022, at 2:00 p.m.** in Courtroom 9 before the Honorable Stanley A. Boone; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **March 28, 2022**

UNITED STATES MAGISTRATE JUDGE