# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BUTTNER,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL NINOS,<br><br>            Defendant. | Case No. 1: 22-cv-00244-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 7) |

On March 25, 2022, a stipulation was filed to extend time for Defendants to respond to the complaint by twenty-one (28) days, which pursuant to Local Rule 144(a), does not need Court approval. (ECF No. 7.) Nonetheless, given the parties provided a proposed order for approval, the Court shall issue this order affirming the stipulation has been entered and informing the parties that such approval of the Court is not necessary if the extension falls within the parameters of Local Rule 144(a), and a compliant stipulation is filed on the docket.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant
2  shall file a pleading responsive to the complaint on or before **April 25, 2022**.

IT IS SO ORDERED.

Dated:  **March 28, 2022**

_____
UNITED STATES MAGISTRATE JUDGE